IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Crawford, Raymond A | Case Number:  06 B 09101 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/27/08 | Filed:  7/29/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: October 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,716.00 | |
| Secured: | | 7,672.48 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 543.52 |
| Other Funds: | | 0.00 |
| Totals: | 10,716.00 | 10,716.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Martin J O'Hearn | Administrative | 2,500.00 | 2,500.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | DaimlerChrysler Servs North America | Secured | 10,236.01 | 6,413.84 |
| 4. | Select Portfolio Servicing | Secured | 10,030.28 | 1,258.64 |
| 5. | Internal Revenue Service | Priority | 9,279.36 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 1,213.50 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 18,475.37 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 1,675.25 | 0.00 |
| 9. | Internal Revenue Service | Priority | | No Claim Filed |
| 10. | Connie L Terrell | Unsecured | | No Claim Filed |
| 11. | Midwest Oral & Maxillofacial | Unsecured | | No Claim Filed |
| 12. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 13. | Evergreen Med | Unsecured | | No Claim Filed |
| | | | $ 53,409.77 | $ 10,172.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 281.09 |
| 5.4% | 262.43 |
| | $ 543.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Crawford, Raymond A

Printed:  5/27/08

Case Number:  06 B 09101
Judge:  Wedoff, Eugene R
Filed:  7/29/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

